RECEIVED
2005 MAY 20 A 9: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 3:05cv468-F |
| | ) |
| EVAN WILLIAMS, | ) |
| Defendant. | ) |

## PETITION FOR REMOVAL

**COMES NOW YOUR PETITIONER**, Defendant Evan Williams, by and through its counsel of record, William A. Mudd, and respectfully petitions this Honorable Court pursuant to 28 U.S.C. §1441 to remove the above styled cause from the Circuit Court of Randolph County, Alabama, case number CV 2005-75, where the same has been filed, and as grounds therefore show unto this Court as follows:

1.  On or about May 3, 2005, the Plaintiff filed with the Circuit Court Clerk of Randolph County, Alabama his complaint alleging, *inter alia,* causes of action against Evan Williams.

2.  In his complaint, the Plaintiff failed to state and/or otherwise represent his state of residency. However, it is the understanding and belief of the Defendant, Evan Williams, that the Plaintiff, Neal Smith, is a resident citizen of Alabama at all times pertinent to the subject matter of this case.

3.  The Summons and Complaint filed on behalf of the Plaintiff makes no specific reference to the state of residency of the Defendant, Evan Williams.

4.  The Defendant, Evan Williams, is a resident of the State of Georgia, and has, at all times pertinent to this case, been a resident citizen of the State of Georgia. The address of the

Defendant, Evan Williams, is 133 Lees Mill Road, Fayetteville, Georgia 30214.

5. There exists complete diversity of citizenship among the several parties of this action and jurisdiction is proper before this Court pursuant to 28 U.S.C. §1332. The Complaint filed on behalf of the Plaintiff does not make reference to or otherwise specify a specific monetary ad damnum. However, the Plaintiff makes claim for both compensatory and punitive damages and alleges that he suffered a bodily injuries. The Plaintiff, Neal Smith, alleges that he was injured as a result of the negligent or wanton conduct of the Defendant who was operating a vehicle while intoxicated and/or under the influence of alcohol. The Plaintiff, Neal Smith, claims that his face suffered numerous cuts and bruises and permanent scarring, that he was caused to incur numerous hospital and doctor bills and that he will be caused to undergo plastic surgery and incur other medical bills in the future. The Plaintiff, Neal Smith, makes claim for extreme pain and suffering, disfigurement as well as permanent injuries and damages. The Plaintiff, Neal Smith, makes claim for "all sums he is entitled to under the pleadings and proof contained herein".

6. It is the understanding and belief of counsel for this Petitioner as well as the Petitioner that the Plaintiff, Neal Smith, is seeking both compensatory and punitive damages and that the amount in controversy, while not specified in the complaint is, in fact, in excess of $75,000.00, exclusive of interest and costs.

7. It is the understanding and belief of this Petitioner that the Plaintiff failed to identify the state of residence of this Defendant and failed to specify a specific monetary demand or ad damnum in an attempt to prevent the removal of this case to Federal Court.

8. A true copy of this petition is filed with the Clerk of the Circuit Court of Randolph County, Alabama, as is required by law.

2

**WHEREFORE, PREMISES CONSIDERED** your Petitioner prays that this Honorable Court will consider this Notice of Removal and conditioned as provided by law governing the removal of causes to this Court; that this Court will make the proper Orders to effect this removal of this cause from the Circuit Court of Randolph County, Alabama, to this Court, and such other and further Orders as may be deemed appropriate as to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in said Circuit Court.

_____
William A. Mudd
Alabama State Bar No.: ASB-4274-U79W

Attorney for the defendant described as
Evan Williams

**OF COUNSEL:**

SADLER ❖ SULLIVAN, P.C.
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203-5203
Tel:   (205) 326-4166
Fax:   (205) 324-3418

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the United States Mail, properly addressed and first-class postage prepaid on this the 19 day of May, 2005.

<u>ATTORNEYS OF RECORD</u>:

Mr. John A. Tinney
P. O. Box 1430
739 Main Street
Roanoke, AL 36274
(334) 863-8945

_____
OF COUNSEL

4

EXHIBITS

TO THIS DOCUMENT

ARE NOT SCANNED.

THEY ARE FILED

IN CONVENTIONAL FORMAT

AND AVAILABLE FOR VIEWING

IN THE CLERK'S OFFICE.