REESE INSURANCE ASSOC. Fax:770-477-6908    May 10 2055 15:52    P.04

# IN THE CIRCUIT COURT OF
# RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| NEAL SMITH ) | |
|     PLAINTIFF ) | |
| VS. ) | CASE NO. CV 2005-075 |
| EVAN WILLIAMS ) | |
|     DEFENDANT ) | |

**Filed in Office**
MAY 3 2005
KIM S. BENEFIELD
Clerk of Circuit Court

## BILL OF COMPLAINT

Comes now Plaintiff and would show unto this Honorable Court the following facts as a basis for the relief hereinafter prayed for:

1. On or about September 10, 2004, the Defendant Evan Williams negligently and/or wantonly operated his vehicle and caused the same to run the vehicle which the Plaintiff was a passenger in off the road.

2. To the best of Plaintiff's knowledge and belief, at the time that the Defendant was operating his vehicle Defendant was intoxicated and/or under the influence of alcoholic beverages.

3. As a proximate consequence of the negligence and/or wantonness of the Defendant the Plaintiff was caused to suffer the following injuries and damages:

REESE INSURANCE ASSOC. Fax:770-477-6908   May 10 2055 15:53   P.05

(a) His face received numerous cuts and bruises and he has permanent scarring as a result of the injuries sustained in the crash of vehicle he was a passenger in;

(b) He was caused to incur numerous hospital and doctor bills and will be caused to undergo plastic surgery and incur other medical bills in the future;

(c) He suffered extreme pain and suffering and disfigurement and has permanent injuries and damages.

WHEREFORE, Plaintiff demands judgment against Defendant for all sums he is entitled to under the pleadings and proof contained herein.

> John A. Tinney    TIN003
> Attorney for Plaintiff
> Post Office Box 1430
> 739 Main Street
> Roanoke, Alabama 36274
> (334) 863-8945

Plaintiff demands trial by struck jury.

> John A. Tinney    TIN005
> Attorney for Plaintiff