RECEIVED
2005 MAY 20 A 9:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 3:05cv468-F |
| vs. ) | |
| ) | |
| EVAN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF PETITION OF REMOVAL

TO:   All counsel of Record:

Please take notice that on May 19, 2005, the undersigned attorney for the Defendant, Evan Williams, filed on his behalf in the United States District Court for the Middle District of Alabama, Eastern Division, a Petition to remove this case from the Circuit Court of Randolph County, Alabama, Civil Action Number CV 2005-75 to said U.S. District Court, and also filed a true and correct copy of said petition with the Clerk of the Circuit Court of Randolph County, Alabama.

_____
William A. Mudd
Attorney Code No.: MUD001

Attorney for the defendant described as
Evan Williams

**OF COUNSEL:**

SADLER ❖ SULLIVAN, P.C.
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203-5203
Tel:   (205) 326-4166
Fax:   (205) 324-3418

5

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the United States Mail, properly addressed and first-class postage prepaid on this the ___ day of May____, 2005.

ATTORNEYS OF RECORD:

Mr. John A. Tinney
P. O. Box 1430
739 Main Street
Roanoke, AL 36274
(334) 863-8945

_____
OF COUNSEL