IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>EVAN WILLIAMS )<br>)<br>DEFENDANT ) | CASE NO. 3:05CV468-F |

**MOTION TO REMAND**

Plaintiff moves this Court to remand this action to the Circuit Court of Randolph County, Alabama, where it was originally filed. As grounds for this Motion, the plaintiff shows unto this Court as follows:

1. This case was filed in the Circuit Court of Randolph County, Alabama, on or about May 3, 2005.

2. On or about May 19, 2005, defendant filed its Notice of Removal alleging that this Court has jurisdiction over this amount based on diversity jurisdiction because the plaintiff and defendant are residents of different states and alleging that the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and cost.

3. There is no diversity jurisdiction because the amount in controversy does not exceed $75,000.00 exclusive of interest and cost. Attached hereto is the Affidavit of John A. Tinney, Attorney for Plaintiff Neal Smith. The Affidavit conclusively establishes that at the time this lawsuit was filed there was no intention to recover in excess of $75,000.00, exclusive of interest and cost. The plaintiff conclusively

establishes that he will not ask nor accept more than the sum of $75,000.00 exclusive of interest and cost.

    4.    Because the amount in controversy does not exceed $75,000.00, exclusive of interest and cost, this Court does not have jurisdiction over this case.

    WHEREFORE, plaintiff Neal Smith moves this Court to remand this case to the Circuit Court of Randolph County, Alabama, where it was originally filed because this Court lacks subject matter jurisdiction over this controversy.

/s/ John A. Tinney
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
(334) 863 8945

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing, hand delivering or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him/her.

    William A. Mudd
    Sadler & Sullivan, P.C.
    2500 SouthTrust Tower
    420 North 20th Street
    Birmingham, Alabama  35203-5203
    205-326-4166 (phone)
    205-324-3418 (fax)


This 7th day of June 2005.

                                            /s/ John A. Tinney
                                            Attorney for Plaintiff
                                            Post Office Box 1430
                                            Roanoke, Alabama  36274
                                            (334) 863-8945

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>EVAN WILLIAMS )<br>)<br>DEFENDANT ) | CASE NO. 3:05CV468-F |

## AFFIDAVIT OF JOHN A. Tinney

Comes now John A. Tinney, Attorney for Plaintiff Neal Smith, and having been duly sworn, deposes and says on oath as follows:

1. My name is John Tinney and I am over the age of 19 years and of sound mind, and I have personal knowledge of the matters contained herein.

2. I drafted the Complaint that was filed in the Circuit Court of Randolph County, Alabama.

3. At the time the Complaint was drafted, I did not ask for a specific amount of damages, however, at the time the Complaint was drafted and filed the plaintiff had no intention of seeking and does not seek in excess of $75,000.00, exclusive of interest and cost, as a damage award in this case.

4. I will not ask the Court or jury to render a verdict in the plaintiff's favor in excess of $75,000.00, exclusive of interest and cost.

5. The plaintiff will not accept more than $75,000.00, exclusive of interest and cost, in full satisfaction of this case.

6.	This Court does not have subject matter jurisdiction over this case because the amount in controversy does not exceed $75,000.00 exclusive of interest and cost.

/s/ John A. Tinney
Attorney for Plaintiff

STATE OF ALABAMA
RANDOLPH COUNTY

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that John A. Tinney whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day, that being informed of the contents of this instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this 7th day of June 2005.

/s/ Jacqueline W. Bailey
Notary Public

Case 3:05-cv-00468-MEF-DRB    Document 5    Filed 06/07/2005    Page 6 of 6