IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL SMITH | ) | |
| PLAINTIFF | ) | |
| VS. | ) | CASE NO. 3:05CV468-F |
| EVAN WILLIAMS | ) | |
| DEFENDANT | ) | |

**MOTION TO FILE MEMORANDUM AND AFFIDAVIT LATE**

Comes now the undersigned and requests that the Court allow filing of the Affidavit of Neal Smith and the Memorandum Brief in support of a Motion to Remand late.

This Court had ordered that the same be filed on or before June 15, 2005, and due to the undersigned being out of town the same could not be filed until June 17.

Plaintiff respectfully requests that the Court accept the Affidavit and Memorandum as filed timely.

/s/ John A. Tinney TIN005
Attorney for Plaintiff
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
(334) 863-8945

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

William A. Mudd
Sadler & Sullivan, P.C.
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203-5203

205-326-4166 (phone)
205-324-3418 (fax)

This 16th day of June, 2005.

/s/ John A. Tinney TIN005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
334-863-8945