IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH ) | |
|     PLAINTIFF ) | |
| VS. ) | CASE NO. 3:05CV468-F |
| EVAN WILLIAMS ) | |
|     DEFENDANT ) | |

## **MEMORANDUM OF LAW**

Comes now Plaintiff and would state unto this Court that pursuant to *Sierminski v. TransSouth Financial Corporation*, 213 F.3d 945, 949 (11th Cir., 2000) and *Allen v. R & H Oil Company*, 63 F.3d 1326, 1335 (5th Cir., 1995) the undersigned would state that this action does not meet the jurisdictional requirements of this Court in that the amount sought at the time the same was removed to Federal Court is less than $75,000.  See also, *Moss v. Voyager Insurance Company*, 43 F.Supp.2d 1298, 1303-04 (MD Ala., 1999).

For the above and foregoing reasons Plaintiff respectfully requests that this case be remanded to the Circuit Court of Randolph County, Alabama.

/s/John A. Tinney
TIN005
Attorney for Plaintiff
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274
(334) 863-8945

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

William A. Mudd
Sadler & Sullivan, P.C.
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203-5203

205-326-4166 (phone)
205-324-3418 (fax)

This 16th day of June, 2005.

/s/ John A. Tinney TIN005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama 36274
334-863-8945