IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-468-F |
| ) | |
| EVAN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion for Leave to File Memorandum and Affidavit (Doc. #7) filed on June 16, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 17th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE