IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH | ) |
| PLAINTIFF | ) |
| VS. | ) CASE NO. 3:05CV468-F |
| EVAN WILLIAMS | ) |
| DEFENDANT | ) |

### AFFIDAVIT OF NEAL SMITH

Comes now Neal Smith and having been duly sworn, deposes and says on oath as follows:

1. My name is Neal Smith and I am the Plaintiff in the above case.

2. At no time have I ever sought more than $74,999 from the Defendant in this case. At the time this case was removed to Federal Court I was not seeking more than $74,999 and will not accept a jury award for more than this amount.

The above is true and correct according to the best of my knowledge and belief.

_____
Neal Smith


STATE OF ALABAMA
RANDOLPH COUNTY

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that Neal Smith whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day, that being informed of the contents of this instrument, he executed the same voluntarily on the day the same bears date.

    Given under my hand and seal this 16th day of June 2005.


_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jun 18, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

    William A. Mudd
    Sadler & Sullivan, P.C.
    2500 SouthTrust Tower
    420 North 20th Street
    Birmingham, Alabama  35203-5203

    205-326-4166 (phone)
    205-324-3418 (fax)

This __16__ day of __June__, 2005.

    _____
    John A. Tinney TIN005
    Attorney for Plaintiff
    Post Office Box 1430
    Roanoke, Alabama  36274
    334-863-8945