IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NEAL SMITH, | ) |
|     Plaintiff, | ) |
| vs. | ) CASE NO.: 3:05CV468-F |
| EVAN WILLIAMS, | ) |
|     Defendant. | ) |

**RESPONSE OF DEFENDANT TO MOTION TO REMAND**

    **COMES NOW** the Defendant, Evan Williams, by and through his attorney of record, William A. Mudd, in the above-styled cause, and in response to the motion to remand filed on behalf of the Plaintiff, says as follows:

    1.    The Defendant is satisfied with the affidavit submitted by the named Plaintiff, Neal Smith, in which he has testified that he will not accept a jury award for more than the amount of $74,999.00. Likewise, the Defendant is satisfied with the affidavit submitted by the attorney for the Plaintiff, John A. Tinney, in which he has advised that his client will not accept more than $75,000.00, exclusive of interest and costs, in full satisfaction of this case.

    2.    The Defendant respectfully submits that it appears that this case should be remanded to the Circuit Court of Randolph County, Alabama for further proceedings.

    3.    The Defendant respectfully reserves the right to attempt to remove this case to the federal court system in the future should the Plaintiff attempt to increase his monetary amount of recovery over and/or above $75,000.00, exclusive of interest and costs.

    WHEREFORE, PREMISES CONSIDERED, the Defendant submits this response to the motion to remand filed on behalf of the Plaintiff acknowledging that it appears this case should be

remanded to the Circuit Court of Randolph County, Alabama for further proceedings based upon the representations and testimonies of both the named Plaintiff and his attorney.

/s// WILLIAM A. MUDD
Attorney Code No.: ASB-4274-U79W

Attorney for the defendant described as
Evan Williams

**OF COUNSEL:**

SADLER ❖ SULLIVAN, P.C.
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203-5203
Tel:   (205) 326-4166
Fax:   (205) 324-3418

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the United States Mail, properly addressed and first-class postage prepaid on this the **22nd** day of **June**, **2005**.

ATTORNEYS OF RECORD:

Mr. John A. Tinney
P. O. Box 1430
739 Main Street
Roanoke, AL 36274
(334) 863-8945

/s// WILLIAM A. MUDD
OF COUNSEL